IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELIAS LIMAS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF MARIA PETRA BANDA; ELIAS LIMAS GARCIA, JR.; RAUL LIMAS GARCIA; JESUS MANUEL LIMAS GARCIA; MARTA ALICIA LIMAS GARCIA; and MARIA ISABEL LIMAS GARCIA, Plaintiffs, v. AIRPAX CORPORATION L.L.C.; AIRPAX CORPORATION; and PHILLIPS ELECTRONICS NORTH AMERICA CORPORATION, Defendants. | C.A. NO. **B-02-122** |

United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

## JOINDER IN NOTICE OF REMOVAL

1. Defendant Philips Electronics North America Corporation ("PENAC") understands that Defendant Airpax Corporation, L.L.C. ("Airpax") intends to remove Cause No. 2001-06-2855-G; *Limas, et al. v. Airpax Corporation, L.L.C., et al.*; in the 404th Judicial District Court of Cameron County, Texas ("the Lawsuit") from state district court to the United States District Court for the Southern District of Texas, Brownsville Division.

2. PENAC consents to and joins in the removal of the Lawsuit by Airpax to federal court.

MHODMA.iManage:596424;1

Respectfully submitted,

SHEEHY, SERPE & WARE, P.C.

By: _____
Raymond A. Neuer
State Bar No. 14928350
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Tel: (713) 951-1000
Fax: (713) 951-1199
*Attorney for Defendant*
*Philips Electronics North America Corporation*

OF COUNSEL:

SHEEHY, SERPE & WARE, P.C.
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Tel: (713) 951-1000
Fax: (713) 951-1199

::ODMA\MHODMA\Manage;596424;1