IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 7 2002

Michael N. Milby
Clerk of Court



| | |
|---|---|
| ELIAS LIMAS, INDIVIDUALLY AND § <br> AS EXECUTOR OF THE ESTATE OF § <br> MARIA PETRA BANDA; ELIAS LIMAS § <br> GARCIA, JR.; RAUL LIMAS GARCIA § <br> JESUS MANUEL LIMAS GARCIA; § <br> MARTA ALICIA LIMAS GARCIA; and § <br> MARIA ISABEL LIMAS GARCIA § <br>     Plaintiffs, § <br> § <br> V. § <br> § <br> AIRPAX CORPORATION L.L.C.;. § <br> AIRPAX CORPORATION; and § <br> PHILLIPS ELECTRONICS NORTH § <br> AMERICA CORPORATION § <br>     Defendants. § | C.A. NO. 1:02cv122 <br> (JURY TRIAL DEMANDED) |

## JURY DEMAND OF DEFENDANT
## PHILIPS ELECTRONICS NORTH AMERICA CORPORATION

Defendant Philips Electronics North America Corporation demands a trial by jury in the above-referenced matter.

Respectfully submitted,

SHEEHY, SERPE & WARE, P.C.

By: _____
    Raymond A. Neuer
    State Bar No. 14928350      *fed J·D·11085*
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Tel: (713) 951-1000
Fax: (713) 951-1199
***Attorney for Defendant***
***Philips Electronics North America Corporation***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record in accordance with the Texas Rules of Civil Procedure on this the 14TH day of June, 2002.

_____
Raymond A. Neuer

::ODMA\MHODMA\iManage;597629;1