United States District Court
Southern District of Texas
FILED

JUN 1 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIAS LIMAS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF MARIA PETRA BANDA; ELIAS LIMAS GARCIA, JR.; RAUL LIMAS GARCIA; JESUS MANUEL LIMAS GARCIA; MARTA ALICIA GARCIA; and MARIA ISABEL LIMAS GARCIA | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-122 |
| AIRPAX CORPORATION, L.L.C.; AIRPAX CORPORATION; and PHILLIPS ELECTRONICS NORTH AMERICA CORPORATION | § § § § | |

**DEFENDANT AIRPAX CORPORATION, L.L.C.'S**
**CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant, Airpax Corporation, L.L.C., and files this its Certificate of Financially Interested Parties:

The following persons or entities have an interest in this matter:

1)     Airpax Corporation, L.L.C.
        F. Edward Barker
        BARKER, LEON, FANCHER & MATTHYS, L.L.P.
        Federal I.D. No. 970
        State Bar No. 01741000
        Tower II - Suite 1200
        555 N. Carancahua St.
        Corpus Christi, Texas 78478
        (361) 881-9217; FAX: (361) 882-6590

2)     Elias Limas, Individually and As Executor of the Estate of Maria Petra Banda
Matamoros, Mexico

3)     Elias Limas Garcia, Jr.
Matamoros, Mexico

4)     Raul Limas Garcia
Matamoros, Mexico

5)     Jesus Manuel Limas Garcia
Browsnville, Texas

6)     Marta Alicia Garcia
State of Kansas

7)     Maria Isabel Limas Garcia
Matamoros, Mexico

8)     William R. Edwards, III
Federal I.D. No. _____
State Bar No. 06465010
John Blaise Gsanger
Federal I.D. No. _____
State Bar No. 00786662
Edwards Law Firm
P.O. Box 480
Corpus Christi, Texas 78403-0480
**FAX: (361) 698-7615**
(361) 698-7600

9)     Philips Electronics North America Corporation:
Raymond A. Neuer
Federal I.D. No. 11085
State Bar No. 14928350
Sheehy, Serpe & Ware
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
FAX: (713) 951-1199
(713) 951-1027

Respectfully submitted,

*[signature]*

F. Edward Barker
State Bar No. 01741000
Federal I.D. No. 970
Attorney-in-Charge for Defendant
Airpax Corporation, L.L.C.
Tower II, Suite 1200
555 N. Carancahua St.
Corpus Christi, Texas 78478
(361) 881-9217; FAX: (361) 882-6590

OF COUNSEL:
BARKER, LEON, FANCHER & MATTHYS, L.L.P.

## CERTIFICATE OF SERVICE

I, F. Edward Barker, certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record, in the manner set forth below, on this the 17th day of June, 2002.

**Via Certified Mail/RRR No. 7001 1940 0005 0831 7222**
Mr. William R. Edwards, III
Mr. John Blaise Gsanger
Edwards Law Firm
P.O. Box 480
Corpus Christi, Texas 78403-0480

**Via Certified Mail/RRR No. 7001 1940 0005 0831 7239**
Mr. Raymond A. Neuer
Sheehy, Serpe & Ware
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003

*[signature]*
F. Edward Barker