IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIAS LIMAS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF MARIA PETRA BANDA; ELIAS LIMAS GARCIA, JR.; RAUL LIMAS GARCIA; JESUS MANUEL LIMAS GARCIA; MARTA ALICIA GARCIA; AND MARIA ISABEL LIMAS GARCIA | § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-122 |
| AIRPAX CORPORATION, L.L.C; AIRPAX CORPORATION; AND PHILLIPS ELECTRONICS NORTH AMERICA CORPORATION | § § § § | |

United States District Court
Southern District of Texas
FILED

JUN 2 6 2002

Michael N. Milby
Clerk of Court

**PLAINTIFFS' CERTIFICATE OF FINANCIAL INTEREST**

COME NOW, Plaintiffs in the above-styled and numbered cause and would show the Court that to the best of their knowledge the following is a list of all persons, associations, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in the outcome of this litigation:

**PLAINTIFFS**

1. Elias Limas, Individually and as Executor of the Estate of Maria Petra Banda
   C., Privada 2 #33
   Zova Industrial
   H. Matamoros, Tamps.
   Telephone No. 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-101708

2. Elias Limas Garcia, Jr.
   Matamoros, Mexico

3. Marta Alicia Limas
   Kansas

4. Maria Isabel Limas Garcia
   Matamoros, Mexico

5. Jesus Manuel Limas Garcia
   Brownsville, Texas

6. Raul Limas Garcia
   Matamoros, Mexico

**PLAINTIFFS' COUNSEL**

7. William R. Edwards
   William R. Edwards, III
   John Blaise Gsanger
   The Edwards Law Firm, L.L.P
   1400 Frost Bank Plaza
   802 North Carancahua Street
   P. O. Box 480
   Corpus Christi, Texas 78403-0480
   Telephone: (361) 698-7600

8. Ryan W. Greene
   Johnson, Grisham & Greene, L.L.P.
   Founders Square
   900 Jackson, Suite 310
   Dallas, Texas 75202
   Telephone No.: (214) 378-1200

**DEFENDANTS**

9. Airpax Corporation, L.L.C.

10. Airpax Corporation

11. Phillips Electronics North America Corporation

## DEFENDANT'S COUNSEL FOR PHILLIPS ELECTRONICS NORTH AMERICA CORPORATION

12. F. Edward Barker
    BARKER, LEON, FANCHER & MATTHYS, L.L.P.
    Tower II - Suite 1200
    555 N. Carancahua St.
    Corpus Christi, Texas 78478
    Telephone: (361) 881-9217

## DEFENDANT'S COUNSEL FOR AIRPAX CORPORATION, L.L.C.

13. Raymond A. Neuer
    SHEEHY, SERPE & WARE
    2500 Two Houston Center
    909 Fannin Center
    Houston, Texas 77010-1003
    Telephone: (713) 951-1027

Respectfully submitted,

THE EDWARDS LAW FIRM, L. L.P.
1400 Frost Bank Plaza
802 North Carancahua Street
P. O. Box 480
Corpus Christi, TX 78403-0480
Telephone: (361) 698-7600
Facsimile: (361) 698-7615

By: _____
William Edwards, III
ATTORNEY-IN-CHARGE FOR PLAINTIFFS
LEAD COUNSEL
TBA No. 06465010
FBA No. 7588
William R. Edwards
TBA No. 06465000
FBA No. 666

John Blaise Gsanger
TBA No. 00786662
FBA No. 20883

OF COUNSEL:

THE EDWARDS LAW FIRM, L.L.P.
1400 Frost Bank Plaza
802 North Carancahua Street
P. O. Box 480
Corpus Christi, TX 78403-0480
Telephone: (361) 698-7600
Facsimile: (361) 698-7615

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing Plaintiffs' Certificate of Financial Interest has been forwarded to all counsel of record on this 28th day of June, 2002, by the method of service indicated below.

*John Blaise Gsanger*

| | |
|---|---|
| Mr. F. Edward Barker<br>BARKER, LEON, FANCHER & MATTYS, L.L.P.<br>Tower II, Suite 1200<br>555 N. Carancahua St.<br>Corpus Christi, Texas 78478 | VIA CM/RRR #7002 0510 0002 9410 0966 |
| Mr. Raymond A. Neuer<br>SHEEHY, SERPE & WARE<br>2500 Two Houston Center<br>909 Fannin St.<br>Houston, Texas 77010-1003 | VIA CM/RRR # 7002 0510 0002 9410 0959 |