9

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELIAS LIMAS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF MARIA PETRA BANDA; ELIAS LIMAS GARCIA, JR.; RAUL LIMAS GARCIA; JESUS MANUEL LIMAS GARCIA; MARTA ALICIA GARCIA; and MARIA ISABEL LIMAS GARCIA | § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-122 |
| AIRPAX CORPORATION, L.L.C.; AIRPAX CORPORATION; and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION | § § § § | |

**DEFENDANT PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S
CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant, Philips Electronics North America Corporation, and files this its Certificate of Financially Interested parties:

The following persons or entities have an interest in this matter:

1) Airpax Corporation, L.L.C.
   F. Edward Barker
   BARKER, LEON, FANCHER, MATTHYS, L.L.P.
   Federal I.D. No. 970
   State Bar No. 01741000
   Tower II -Suite 1200
   555 N. Carancahua St.
   Corpus Christi, TX 78478
   (361) 881-9217; FAX: (361) 882-6590

2)     Philips Electronics North America Corporation
Raymond A. Neuer
Federal I.D. No. 11085
State Bar No. 14928350
Sheehy, Serpe & Ware
2500 Two Houston Center
909 Fannin St.
Houston, TX 77010-1003
(713) 951-1199 Facsimile
(713) 951-1027 Telephone

3)     Elias Limas, Individually and As Executor of the Estate of Maria Petra Banda
Matamoros, Mexico

4)     Elias Limas Garcia, Jr.
Matamoros, Mexico

5)     Raul Limas Garcia
Matamoros, Mexico

6)     Jesus Manuel Limas Garcia
Brownsville, TX

7)     Marta Alicia Garcia
State of Kansas

8)     Maria Isabel Limas Garcia
Matamoros, Mexico

Respectfully submitted,

SHEEHY, SERPE & WARE, P.C.

By: _____
Raymond A. Neuer
State Bar No. 14928350
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Tel: (713) 951-1000
Fax: (713) 951-1199

*Attorney for Defendant Philips Electronics North America Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record in accordance with the Texas Rules of Civil Procedure on this the ____ day of July, 2002.

_____
Raymond A. Neuer

::ODMA\MHODMA\iManage;601057;1