IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**OCT 2 3 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELIAS LIMAS, INDIVIDUALLY AND | § | |
| AS EXECUTOR OF THE ESTATE OF | § | |
| MARIA PETRA BANDA; ELIAS LIMAS | § | |
| GARCIA, JR.; RAUL LIMAS GARCIA | § | |
| JESUS MANUEL LIMAS GARCIA; | § | |
| MARTA ALICIA LIMAS GARCIA; and | § | |
| MARIA ISABEL LIMAS GARCIA | § | |
|     Plaintiffs, | § | |
| | § | |
| V. | § | C.A. NO. 1:02cv122 |
| | § | (JURY TRIAL DEMANDED) |
| | § | |
| AIRPAX CORPORATION L.L.C.;. | § | |
| AIRPAX CORPORATION; and | § | |
| PHILIPS ELECTRONICS NORTH | § | |
| AMERICA CORPORATION | § | |
|     Defendants. | § | |

**INITIAL DISCLOSURES OF DEFENDANT
PHILIPS ELECTRONICS NORTH AMERICA CORPORATION**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Philips Electronics North

America Corporation ("Defendant") files its initial disclosures.

**1.**

**Persons with Knowledge of Relevant Facts**

Warren T. Oates, Jr.
Assistant Secretary
Law Department
Philips Electronics North America Corporation
1251 Avenue of the Americas
New York, New York 10020-1104

Mr. Oates has knowledge regarding the sale of the Airpax Protector Group assets.

**2.**

## Categories of Relevant Documents

Defendant is in possession of documents relevant to the sale of the Airpax Protector Group.

**3.**

## Underlying Computation of Damages

Not applicable to Defendant.

**4.**

## Insurance

Information regarding insurance will be supplemented, if necessary.

Respectfully submitted,

SHEEHY, SERPE & WARE, P.C.

By:_____
Raymond A. Neuer
State Bar No. 14928350
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Tel: (713) 951-1000
Fax: (713) 951-1199

*Attorneys for Defendant*
*Philips Electronics North America Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record in accordance with the Federal Rules of Civil Procedure on this the 21st day of October, 2002.


_____

Raymond A. Neuer

MHODMA.iManage;619399;1