*13*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ELIAS LIMAS, INDIVIDUALLY AND AS | § | |
| EXECUTOR OF THE ESTATE OF MARIA | § | |
| PETRA BANDA; ELIAS LIMAS GARCIA, | § | |
| JR.; RAUL LIMAS GARCIA; JESUS | § | |
| MANUEL LIMAS GARCIA; MARTA | § | |
| ALICIA GARCIA; AND MARIA ISABEL | § | |
| LIMAS GARCIA | § | |
| | § | CIVIL ACTION NO. B-02-122 |
| VS. | § | |
| | § | |
| AIRPAX CORPORATION, L.L.C; | § | |
| AIRPAX CORPORATION; AND PHILLIPS | § | |
| ELECTRONICS NORTH AMERICA | § | |
| CORPORATION | § | |

## PLAINTIFFS' INITIAL DISCLOSURE

NOW COMES Elias Limas, Individually and as Executor of the Estate of Maria Petra Banda; Elias Limas Garcia, Jr.; Raul Limas Garcia; Jesus Manuel Limas Garcia; Marta Alicia Garcia; and Maria Isabel Limas Garcia, Plaintiffs, and file this their Initial Disclosures as required by Rule 26 of the Federal Rules of Civil Procedure and states as follows:

1.  **Individuals likely to have knowledge of discoverable information [F.R.C.P. 26(a)(1)(A)]:**

    See Exhibit A - List of Persons Likely to Have Knowledge of Discoverable Facts attached hereto and all future supplements.

2.  **Description of documents, data compilations and tangible things that Plaintiff may use to support his claim [F.R.C.P. 26(a)(1)(B)]:**

    See Exhibits G, H, and J attached hereto and all future supplements.

3.    **Computation of damages - [F.R.C.P. 26(a)(1)(C)]:**

Each Plaintiff is seeking compensatory damages flowing from the death of Maria Petra Banda, including pecuniary loss (loss of the care, maintenance, support, services, advice, and counsel); loss of companionship and society (loss of the positive benefits flowing from the love, comfort, companionship, and society); and mental anguish, all in an amount to be determined by the trier of fact in this case under applicable federal and state laws.

4.    **Insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment entered in this action  [F.R.C.P. 26(a)(1)(D)]:**

The only such policies in our possession are those produced by the Defendants.

5.    **Disclosure of expert testimony  [F.R.C.P. 26(a)(2)(A)(B) and (C)]:**

At this time, Plaintiffs have not retained any non-medical testifying experts. Please see Exhibit C - Medical Experts, attached hereto and all future supplements.

Respectfully submitted,

THE EDWARDS LAW FIRM, L. L.P.
1400 Frost Bank Plaza
802 North Carancahua Street
P. O. Box 480
Corpus Christi, TX 78403-0480

Telephone: (361) 698-7600
Facsimile: (361) 698-7615

By: _____

William Edwards, III
ATTORNEY-IN-CHARGE FOR PLAINTIFFS
LEAD COUNSEL
TBA No. 06465010
FBA No. 7588
William R. Edwards
TBA No. 06465000
FBA No. 666
John Blaise Gsanger
TBA No. 00786662
FBA No. 20883
J. Michael Moore
TBA No. 14349550
FBA No. 16942

OF COUNSEL:

THE EDWARDS LAW FIRM, L.L.P.
1400 Frost Bank Plaza
802 North Carancahua Street
P. O. Box 480
Corpus Christi, TX 78403-0480
Telephone: (361) 698-7600
Facsimile:  (361) 698-7615

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a true and correct copy of the foregoing Plaintiffs' Initial Disclosure has been forwarded to all counsel of record on this 23rd day of October, 2002, by the method of service indicated below.

William R. Edwards, III

| | |
|---|---|
| Mr. F. Edward Barker | Via Hand Delivery |
| BARKER, LEON, FANCHER & MATTYS, L.L.P. | |
| Tower II, Suite 1200 | |
| 555 N. Carancahua St. | |
| Corpus Christi, Texas 78478 | |

| | |
|---|---|
| Mr. Raymond A. Neuer | Via Lone Star Overnight |
| SHEEHY, SERPE & WARE | Airbill #22285353 |
| 2500 Two Houston Center | |
| 909 Fannin St. | |
| Houston, Texas 77010-1003 | |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIAS LIMAS, INDIVIDUALLY AND AS | § | |
| EXECUTOR OF THE ESTATE OF MARIA | § | |
| PETRA BANDA; ELIAS LIMAS GARCIA, | § | |
| JR.; RAUL LIMAS GARCIA; JESUS | § | |
| MANUEL LIMAS GARCIA; MARTA | § | |
| ALICIA GARCIA; AND MARIA ISABEL | § | |
| LIMAS GARCIA | § | |
| | § | CIVIL ACTION NO. B-02-122 |
| VS. | § | |
| | § | |
| AIRPAX CORPORATION, L.L.C; | § | |
| AIRPAX CORPORATION; AND PHILIPS | § | |
| ELECTRONICS NORTH AMERICA | § | |
| CORPORATION | § | |

## EXHIBIT "A"
## PERSONS LIKELY TO HAVE KNOWLEDGE OF DISCOVERABLE FACTS

1.  Airpax Corporation
    Defendant

2.  Airpax Corporation, L.L.C.
    Defendant

3.  F. Edward Barker
    Barker, Leon, Fancher & Matthys, L.L.P.
    Tower II - Suite 1200
    555 N. Carancahua St.
    Corpus Christi, Texas 78478
    (361) 881-9217
    Attorneys for Defendants Airpax Corporation, &
    Airpax Corporation, L.L.C.

4.  C. Lic. Oscar Luis Garcia Cariaga
    Address unknown

Telephone unknown
Public representative - represented Magdaleno Alcocer
Muniz, driver, in criminal proceedings
Witness as shown on Exhibit "A" to the Penal Resolucion Number 299-2001

5.      Elias Limas Carvajal
        Address unknown
        Telephone Number unknown
        Husband of Maria Petra Garcia Banda

6.      All staff and personnel
        Central Clinic of Medical Surgical Specialties
        1st Street & Gonzalez
        Matamoros, Tam., Mexico
        Medical provider

7.      Dr. Florentino Perez Charles
        Attorney General's Office
        Department of Legal Medicine
        Matamoros, Tamaulipas, Mexico
        Performed autopsy on Maria Petra Banda
        Prepared the Medical Legal Autopsy Report on Maria Santos Garcia Banda and Maria
        Petra Garcia Banda in his character of Legist Doctor Appointed to the Unit of Expert
        Services of the Attorney General of Justice in the state

8.      All staff and personnel of Dr. Florentino Perez Charles
        Attorney General's Office
        Department of Legal Medicine
        Matamoros, Tamaulipas, Mexico
        Performed autopsy on Maria Petra Banda

9.      Thomas W. Coughlin
        Address unknown
        Telephone unknown
        Representative/employee with Airpax Corporation and established  the mercantile
        corporation Airpax de Mexico

10.     Armando Gutierrez Cruz
        Address unknown

Telephone unknown
Special attorney for Robert W. Keeney

11.  Joe De Santos
     THE EDWARDS LAW FIRM, L.L.P.
     P.O. Box 480
     Corpus Christi, Texas 78403-0480
     (361) 698-7600
     Investigator

12.  William R. Edwards, III
     THE EDWARDS LAW FIRM, L.L.P.
     P.O. Box 480
     Corpus Christi, Texas 78403-0480
     (361) 698-7600
     Attorney for Plaintiffs

13.  Tito Espino
     General Manager of Airpax de Mexico
     S.A.DE C.V., Av. Del Oberro S/N Parque Ind. Del Norte
     Apartado Postal 301
     H. Matamoros, Tam., Mexico
     011-52-8688100250

14.  Q. I. Francisco Zenon Rodela Esqueda
     Expert Services Unit
     Forensic Chemistry
     H. Matamoros, Tam., Mexico
     Forensic chemist

15.  Carlos Arturo Porras Garcia
     Address unknown
     Telephone unknown
     Public Accountant/Representative of Airpax Corporation/Airpax de Mexico

16.  Elias Limas Garcia, Jr.
     Matamoros, Mexico
     Plaintiff

17. Jesus Manuel Limas Garcia
    Brownsville, Texas
    Plaintiff

18. Juan Pablo Moreno Garcia
    Address unknown
    Telephone unknown
    Son of Maria Santos Garcia Banda, Deceased
    Witness as shown on Exhibit "A" to the Penal Resolucion Number 299-2001

19. Maria Isabel Limas Garcia
    Matamoros, Mexico
    Plaintiff

20. Marta Alicia Garcia
    Kansas
    Plaintiff

21. Raul Limas Garcia
    Matamoros, Mexico
    Plaintiff

22. All staff and personnel of
    General Hospital Alfredo Pumarejo
    Matamoros, Tam., Mexico
    Medical provider

23. Glayoso Funeral Home
    Matamoros, Tamaulipas, Mexico
    Funeral home

24. Eduardo Ramos Gomez
    Address unknown
    Telephone unknown
    Attorney/Representative of Airpax Corporation/Airpax de Mexico

25. C. Ruben Lopez Gonzalez
    General Directorate of Public Security
    Agency of Traffic and Roadways

Ministerial Police
Matamoros, Tamaulipas, Mexico
Traffic Official

26.    Daniel Basurto Gonzalez
Address unknown
Telephone unknown
Special attorney for Robert Hamilton

27.    Luis Octavio Rodriguez Gonzalez
Address unknown
Telephone unknown
Attorney/Representative of Airpax Corporation/Airpax de Mexico

28.    Harmodio Diaz Granados
H. Matamoros, Tam., Mexico
Represented Airpax De Mexico in the return of the tractor-truck
involved in the incident made the basis of this lawsuit
Plant Manager of Airpax de Mexico
S.A.DE C.V., Av. Del Oberro S/N Parque Ind. Del Norte
Apartado Postal 301
H. Matamoros, Tam., Mexico
011-52-8688100250

29.    Ryan W. Greene
Johnson, Grisham & Greene, L.L.P.
Founders Square
900 Jackson, Suite 310
Dallas, Texas 75202
(214) 378-1200
Referring Attorney

30.    John Blaise Gsanger
THE EDWARDS LAW FIRM, L.L.P.
P.O. Box 480
Corpus Christi, Texas 78403-0480
(361) 698-7600
Attorney for Plaintiffs

31.   Lic. Jessica Deytz Guevara
      Matamoros, Tam., Mexico
      Notary Public No. 62, Fifth Judicial District
      Attorney/Representative of Airpax Corporation/Airpax de Mexico

32.   Robert Hamilton
      Address unknown
      Telephone unknown
      Representative/employee with Airpax Corporation and established  the mercantile
      corporation Airpax de Mexico

33.   Robert W. Keeney
      Address unknown
      Telephone unknown
      Representative/employee with Airpax Corporation and established  the mercantile
      corporation Airpax de Mexico

34.   Alejandro Toulet Lazos
      Address unknown
      Telephone unknown
      Attorney/Representative of Airpax Corporation/Airpax de Mexico

35.   Elias Limas
      C., Privada 2 #33
      Zova Industrial
      H. Matamoros, Tamps., Mexico
      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-101708
      Plaintiff

36.   Jorge Rodriguez Lopez
      Address unknown
      Telephone Number unknown
      Witness as shown on Exhibit "A" to the Penal Resolucion Number 299-2001

37.   Humberto Gayou Madrigal
      Address unknown
      Telephone unknown
      Special attorney for Airpax Corporation

---

38.  Oswaldo Nepomuceno Mayo
     Calle Azuecnas Number 44
     between Avenida Alvaro Obregon and Calle Segunda de la Colonia Jardin
     H. Matamoros, Tam., Mexico
     Legal representative for Airpax de Mexico
     assisted in return of tractor-truck
     Representative of the General Ordinary Shareholders Assembly of Airpax de Mexico
     Federal Income Tax Registration No. NEMO-711125-1E6

39.  Ruben Lopez Medina
     Matamoros Office of the Transit Police
     Investigating Officer
     Prepared the report of the accident of May 3, 2001, in his character as Agent of
     Transit and will have information or knowledge regarding his report

40.  Ministerio Publico's Office
     Agency of Traffic and Roadways
     Matamoros, Tamaulipas, Mexico

41.  Lic. Carlos Silva Montemayor
     Office of the District Attorney
     H. Matamoros, Tam., Mexico
     Official Secretary

42.  Magdaleno Alcocer Muniz
     Soldadores y 27 #72
     Co. Sta. Elena
     Driver of the Tractor-Trailer
     Driver of vehicle involved in the incident in question and will have knowledge
     relevant to the accident

43.  Raymond A. Neuer
     Sheey, Serpe & Ware, P.C.
     2500 Two Houston Center
     909 Fannin Street
     Houston, Texas 77010-1003
     (713) 951-1000
     Attorneys for Philips Electronics North America Corporation

---

44.    Warren T. Oates, Jr.
       Assistant Secretary
       Law Department
       Philips Electronics North America Corporation
       1251 Avenue of the Americas
       New York, New York 10020-1104
       Mr. Oates has knowledge regarding the sale of the Airpax Protector Group assets

45.    Dr. Juan Antonio Zarazua Orta
       General Hospital Alfredo Pumarejo
       Matamoros, Tam., Mexico
       Medical provider

46.    Deborah M. Peña
       THE EDWARDS LAW FIRM, L.L.P.
       P.O. Box 480
       Corpus Christi, Texas 78403-0480
       (361) 698-7600
       Paralegal

47.    Philips Electronics North America Corporation
       Defendant

48.    Lic. Roberto Garza Quintanilla
       Expert Services Unit
       Forensic Chemistry
       H. Matamoros, Tam., Mexico
       Chief
       A Civilian Graduate prepared a photographic report in this character as Chief of the
       Unit of Expert Services

49.    Alfonso Enrique Castillo Ramirez
       Address unknown
       Telephone unknown
       Public Accountant/Representative of Airpax Corporation/Airpax de Mexico

50.    Carlos Manuel Martinez Ramirez
       Address unknown
       Telephone unknown

Special attorney for Thomas W. Coughlin

51.  Harry F. Rice
     Address unknown
     Telephone unknown
     Representative/employee with Airpax Corporation and established  the mercantile
     corporation Airpax de Mexico

52.  Rogelio Arizpe Rjoas
     Civilian Attorney identified in the Penal Resolucion Number 299-2001

53.  Ing. Artemio Ceballos Salinas
     Chief of Expert Services Unit
     For Ministry of Law
     The State Attorney General's Office
     H. Matamoros, Tam., Mexico
     Chief

54.  Jesus Moreno Silva
     #8 Col. Jose Lopez Portillo
     San Luis Potosi, Mexico
     Mr. Elias Limas' brother-in-law
     Husband of Maria Santos Garcia Banda and identified her body

55.  Social Investigator Representative in the C.E.M.Q. Clinic
     Gonzalez 1st with Morelos, Mexico.  Social Investigator inspected and removal of the
     corpse on May 3, 2001

56.  Lic. Juan Ant. Vargas Suarez
     Office of the Attorney General
     Office of the District Attorney
     First Official Investigator

57.  Luis Carlos Ramirez Torres
     Address unknown
     Telephone unknown
     C. P. D. (Public Accountant) representing Dennis K. Karr, Doug Stoehr, Warren T.
     Oates, Jr., and Mr. Misenti

58.  Baltazar H. Medina Urita
     Commissioner of Arbitration of the Third Penal Court
     Authority 3rd Judicial Court of the 1st Penal Instance
     4th Judicial District
     Matamoros, Tamalipas, Mexico
     Civilian Attorney identified in the Penal Resolucion Number 299-2001

59.  Ricardo Espinosa Valerio
     Matamoros, Tamaulipas, Mexico
     Notary Public No. 7, Fifth Judicial District

60.  Juan Antonio Vargas
     Attorneys and Representative of the
     insurance company for Defendants
     Airpax Corporation, L.L.C.

61.  Maria Nely Guevara Vasquez
     Domicile Control 3 South
     Cd. Valles San Luis Potosi, Mexico
     Maria Petra Garcia Banda's niece
     Niece-in-law who attested to the lesions that the victims presented as identified in the
     Penal Resolucion Number 299-2001

62.  Hugo Gilberto Nieto Vela
     Address unknown
     Telephone unknown
     Public Accountant/Representative of Airpax Corporation/Airpax de Mexico

63.  Victor Escoto Zubiran
     Address unknown
     Telephone unknown
     Special attorney for Harry F. Rice

     Also, please see all future supplements.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIAS LIMAS, INDIVIDUALLY AND AS | § | |
| EXECUTOR OF THE ESTATE OF MARIA | § | |
| PETRA BANDA; ELIAS LIMAS GARCIA, | § | |
| JR.; RAUL LIMAS GARCIA; JESUS | § | |
| MANUEL LIMAS GARCIA; MARTA | § | |
| ALICIA GARCIA; AND MARIA ISABEL | § | |
| LIMAS GARCIA | § | |
| | § | CIVIL ACTION NO. B-02-122 |
| VS. | § | |
| | § | |
| AIRPAX CORPORATION, L.L.C; | § | |
| AIRPAX CORPORATION; AND PHILLIPS | § | |
| ELECTRONICS NORTH AMERICA | § | |
| CORPORATION | § | |

**EXHIBIT "C"**
**MEDICAL EXPERTS**

The following individuals, if called to testify, may testify as to these <u>Subject Matters</u>: Cause and effect and extent of Plaintiff's injuries, in the past and in the future, the necessary treatment of those injuries in the past and any which will probably be necessary in the future, and/or the reasonable expense of such treatment.

1.    Dr. Florentino Perez Charles
      Attorney General's Office
      Department of Legal Medicine
      Matamoros, Tamaulipas, Mexico

In addition, a Defendant, or Defendant's experts, or employees, may be called on by the Plaintiff whose responses may require expert opinions. Also, please see all future supplements.

## BUSINESS, STAFF AND PERSONNEL OF MEDICAL PROVIDERS

The following individuals, if called to testify, may testify as to these <u>Subject Matters</u>: Cause and effect of Plaintiff's injuries, in the past and in the future, the necessary treatment of those injuries in the past and any which will probably be necessary in the future, and/or the reasonable expense of such treatment.

1.    Central Clinic of Medical Surgical Specialties
      1st Street & Gonzalez
      Matamoros, Tam., Mexico

2.    All staff and personnel of
      Central Clinic of Medical Surgical Specialties
      1st Street & Gonzalez
      Matamoros, Tam., Mexico

3.    General Hospital Alfredo Pumarejo
      Matamoros, Tam., Mexico

4.    All staff and personnel of
      General Hospital Alfredo Pumarejo
      Matamoros, Tam., Mexico

In addition, a Defendant, or Defendant's experts, or employees, may be called on by the Plaintiff whose responses may require expert opinions. Also, please see all future supplements.

## CUSTODIANS OF RECORDS OF MEDICAL PROVIDERS

The following individuals, if called to testify, may testify as to the following <u>Subject Matters</u>:  authenticity and matters contained in the medical records and/or medical bills of the medical providers, the manner in which such records or bills are recorded, made, and kept, who made the entries, and whether medical expenses were reasonable and necessary.

1.   The current custodian of medical records at the time of trial for
     Dr. Florentino Perez Charles
     Attorney General's Office
     Department of Legal Medicine
     Matamoros, Tamaulipas, Mexico

2.   The current custodian of billing records, financial director and/or
     administrator at the time of trial for
     Dr. Florentino Perez Charles
     Attorney General's Office
     Department of Legal Medicine
     Matamoros, Tamaulipas, Mexico

3.   The current custodian of radiology records at the time of trial for
     Dr. Florentino Perez Charles
     Attorney General's Office
     Department of Legal Medicine
     Matamoros, Tamaulipas, Mexico

4.   The current custodian of medical records at the time of trial for
     Central Clinic of Medical Surgical Specialties
     1st Street & Gonzalez
     Matamoros, Tam., Mexico

5.   The current custodian of billing records, financial director and/or
     administrator at the time of trial for
     Central Clinic of Medical Surgical Specialties
     1st Street & Gonzalez
     Matamoros, Tam., Mexico

6.   The current custodian of radiology records at the time of trial for
     Central Clinic of Medical Surgical Specialties

1st Street & Gonzalez
Matamoros, Tam., Mexico

7.      The current custodian of medical records at the time of trial for
        General Hospital Alfredo Pumarejo
        Matamoros, Tam., Mexico

8.      The current custodian of billing records, financial director and/or
        administrator at the time of trial for
        General Hospital Alfredo Pumarejo
        Matamoros, Tam., Mexico

9.      The current custodian of radiology records at the time of trial for
        General Hospital Alfredo Pumarejo
        Matamoros, Tam., Mexico

In addition, a Defendant, or Defendant's experts, or employees, may be called on by the Plaintiff whose responses may require expert opinions. Also, please see all future supplements.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ELIAS LIMAS, INDIVIDUALLY AND AS §
EXECUTOR OF THE ESTATE OF MARIA §
PETRA BANDA; ELIAS LIMAS GARCIA, §
JR.; RAUL LIMAS GARCIA; JESUS §
MANUEL LIMAS GARCIA; MARTA §
ALICIA GARCIA; AND MARIA ISABEL §
LIMAS GARCIA §
§          CIVIL ACTION NO. B-02-122
VS. §
§
AIRPAX CORPORATION, L.L.C; §
AIRPAX CORPORATION; AND PHILLIPS §
ELECTRONICS NORTH AMERICA §
CORPORATION §

## PLAINTIFFS' EXHIBIT "G"
## PHOTOGRAPHS & VIDEOS

| Document Nos. | Description |
|---|---|
| 1.  8591-PX000001/000003 | Photographs of Maria Petra Garcia Banda with her family members |
| 2.  8591-PX000004/000025 | Photographs of the accident site |
| 3.  8591-PX000026/000039 | Photographs of the Airpax de Mexico plant and of the Airpax warehouse |

Item Nos. 1 through 3 are attached hereto for your review.  Also, please see all future supplements.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIAS LIMAS, INDIVIDUALLY AND AS | § | |
| EXECUTOR OF THE ESTATE OF MARIA | § | |
| PETRA BANDA; ELIAS LIMAS GARCIA, | § | |
| JR.; RAUL LIMAS GARCIA; JESUS | § | |
| MANUEL LIMAS GARCIA; MARTA | § | |
| ALICIA GARCIA; AND MARIA ISABEL | § | |
| LIMAS GARCIA | § | |
| | § | CIVIL ACTION NO. B-02-122 |
| VS. | § | |
| | § | |
| AIRPAX CORPORATION, L.L.C; | § | |
| AIRPAX CORPORATION; AND PHILLIPS | § | |
| ELECTRONICS NORTH AMERICA | § | |
| CORPORATION | § | |

## PLAINTIFFS' EXHIBIT "H"
## DOCUMENT REPORT

| | Document Nos. | Description |
|---|---|---|
| 1. | 8591-000001 | Maria Petra Garcia Banda death certificate |
| 2. | 8591-000002 | Marriage certificate of Elias Limas and Maria Petra Garcia Banda |
| 3. | 8591-000003 | Elias Limas birth certificate |
| 4. | 8591-000004 | Jesus Manuel Limas Garcia birth certificate |
| 5. | 8591-000005 | Maria Isabel Limas Garcia birth certificate |
| 6. | 8591-000006 | Raul Limas Garcia birth certificate |
| 7. | 8591-000007 | Weather report for 5-3-01 |

Plaintiffs' Exhibit "H" - Document Report
Banda #8591        DMP/cd        October 23, 2002

8.    8591-000008/000140                 Police Report File

9.    8591-000141                         Newspaper "El Bravo" Article Regarding the
                                          Accident

10.   8591-000142/000143                  Newspaper "PM El Bravo" Article Regarding
                                          the Accident

11.   8591-000144/000145                  Newspaper "El Bravo" Article Regarding the
                                          Accident

12.   8591-000146                         Copy of Elias Limas pay stub

13.   8591-000147                         Statement of Jose Gomez

14.   8591-000148/153                     Title history for 1986 truck; VIN
                                          1WUGDEJE3GN108323

    Item Nos. 1 through 14 are attached hereto for your review.  Also, please see all
future supplements.

# Exhibit "J"
# Documents Produced by Defendants

10/22/2001

| Start # | End # | Date | Title |
|---------|-------|------|-------|
| AC000001 | AC000003 | 6/6/2002 | Affidavit Of Michael V. Rabasca - Elias Limas Et Al Vs. Airpax Corp, Philips Electoronics North America Corp. |
| AC000004 | AC000006 | 6/6/2001 | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit A - The Hartford Correspondence Re Accident |
| AC000007 | AC000009 | | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit A - Accident Report In Spanish |
| AC000010 | AC000013 | | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit A - Texas Certificate Of Title & Drivers License Of |
| AC000014 | AC000015 | 7/2/2001 | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit A - The Hartford Correspondence Re Accident |
| AC000016 | AC000017 | 8/23/2001 | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit A - The Hartford Correspondence Re Accident |
| AC000018 | AC000019 | 12/4/2001 | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit A - The Hartford Correspondence Re Accident |
| AC000020 | AC000024 | | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit B - Photo Copies Of Accident Vehicle |
| AC000025 | AC000026 | 6/28/2001 | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit C - Recorded Statement Analysis, Taken In Spanish |
| AC000027 | AC000028 | 6/28/2001 | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit D - Recorded Statement Analysis, Taken In Spanish |
| AC000029 | AC000030 | 6/28/2001 | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit E - Repair Estimate From Universal Claims |
| AC000031 | AC000033 | | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit F - Payment Of 60,000 For Funeral Expenses Of |
| AC000034 | AC000036 | | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit G - Payment Of 60,000 For Funeral Expenses Of |
| AC000037 | AC000063 | | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit H - Penal Resolucion Number 299-2001 - In |
| AC000064 | AC000067 | | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit I - Texas Certificate Of Title For Philips |
| AC000068 | AC000070 | | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit J - Information Re Tourist Auto Insurance Policy |
| AC000071 | AC000115 | | Elias Limas Et Al Vs. Airpax Corp, L L. C & Phillips Electronics North America Corp - Exhibit K - The Hartford Texas Automobile Policy For |

**Also please see all future supplements.**